IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 3:12mj_128_ |
| | ) | |
| v. | ) | |
| | ) | |
| JASON WALKER, | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. The defendant, JASON WALKER, was present in the Eastern District of Virginia on Fort Lee, Virginia.

2. Fort Lee, Virginia is property administered by the Department of Defense, in the Eastern District of Virginia, and is within the special territorial jurisdiction of the United States and this Court.

## COUNT ONE

On or about March 1, 2012, in the Eastern District of Virginia at Fort Lee, Virginia, property administered by the Department of Defense, and within the special territorial jurisdiction of the United States, defendant, JASON WALKER, did recklessly operate a motor vehicle on the highways in Virginia at a speed of twenty miles per hour in excess of the applicable maximum speed limit, to wit: 69 MPH in a posted 45 MPH zone.

(In violation of Title 18, United States Code, Section 13, assimilating the 1950 Code of Virginia, as amended, §46.2-862.)

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

By: _____
Michael T. O'Neill
Special Assistant United States Attorney