MISDEMEANOR PROCEEDINGS

DATE: 4-23-12    CASE NO. 3:12mj128

JUDGE: Novak    TAPE: FTR

INTERPRETER: _____

UNITED STATES OF AMERICA

Initial/preliminary hearing (✓)
Arraignment/trial (✓)
Probation/Identity ( )
Rule 5(a) Bond Hearing ( )
Sentencing ( )
Other _____ ( )

v.

Jason Walker  42 yrs old

Witness(es): _____

AUSA: Michael T. O'Neill

Counsel: W/O

ARRAIGNMENT PROCEEDINGS:
___ Statement of rights and waiver, executed
✓ Financial Affidavit, submitted for approval
✓ CJA counsel to be appointed (Elizabeth W. Hanes)
___ Govt's motion to amend Ct. ___ to _____, Granted
Deft. Entered plea of  not guilty
✓ Deft. (Waived)/requested trial by jury
___ Deft. Failed to appear
___ Govt's motion to dismiss _____, Granted

✓ Deft. Advised of charges/penalties/rights

___ Govt/Deft's motion for continuance, Granted
___ Govt's motion for warrant, granted Pending finding of probable cause

TRIAL PROCEEDINGS:
___ Opening Statements
___ Govt. adduced evidence, rested
___ Deft adduced evidence, rested
___ Rebuttal evidence
___ Closing Arguments
___ Findings stated from the bench
    Judgment: ___ Not guilty as to Counts _____
              ___ Guilty as to Counts _____

___ Witness excluded on motion of _____

Case set:        Began:        Ended:        Time in Court:


Other: __Motion hearings prior to trial__
_____
_____

✓ Motions filed within _11_ days  ✓ Responses within _11_ days
✓ Reply within _5_ days  ___ Jury instructions filed 7 days prior to trial

License suspended for _____ day(s)/year  _____ ASAP
Effective _____

___ Restricted License:
___ To and from Work
___ during work, if required  _____ ASAP
___ necessary medical  _____ probation
___ transport children  _____ to jail
___

Fine to be paid by _____, 20 _____

Restitituion: $ _____
To:
_____
_____
_____

Defendant advised of right of appeal within 14 days ( )
Continued to __JUNE 11__, 20 _12_ at _10:00_ _A_.M. for __Bench Trial__

___ Defendant released on PR bond  ___ Defendant continued on bond
___ Defendant remanded to custody  ✓ Defendant directed to appear

OL _____
CH _____
GR _____
Fine $ _____ to $ _____